IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **HAIQIN LI and YANG ZHANG,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:16-CV-923-L** |
| **GREGORY RICHARDSON**, Director, Texas Service Center, United States Citizenship and Immigration Services, *et al.*, | § § § § § § | |
| Defendants. | § § | |

# ORDER

Before the court is the Unopposed Motion for Extension of Time to File Responsive Pleadings, filed June 10, 2016.  The court determines that the motion should be, and is hereby, **granted**.  Accordingly, the deadline for Defendants to Answer or otherwise respond to Plaintiffs' Complaint is extended from June 10, 2016, to **September 28, 2016**.  *No further extensions will be granted.*

**It is so ordered** this 10th day of June, 2016.

                                                    _____
                                                  Sam A. Lindsay
                                                 United States District Judge

**Order - Solo Page**